UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY REED,

        Plaintiff,

vs.

HARRY WINSTON, INC.,

        Defendant.

**STIPULATION**

1:18-cv-01378

It is stipulated by and between counsel for the parties as follows:

1. The date for Defendant Harry Winston, Inc. to respond to the February 15, 2018 Complaint is adjourned to April 20, 2018.

2. Defendant does not contest service of the Complaint.

Dated: New York, New York
       March 5, 2018

DANNLAW
Counsel for Corey Reed

By: _____
Javier L. Merino, Esq.
1 Meadowlands Plaza, Ste. 200
East Rutherford, New Jersey 07073
201-355-3440 (direct)
201-373-0536 (fax)
jmerino@dannlaw.com

BLANK ROME LLP
Counsel for Harry Winston, Inc.

By: _____
Samuel D. Levy, Esq.
405 Lexington Ave. - Chrysler Bldg.
New York, New York 10174
212-885-5352 (direct)
212-202-6187 (fax)
slevy@blankrome.com

3/7/18

SO ORDERED:

_____
U.S.D.J.

123176.00100/106682563v.1