UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY REED,<br><br>                    Plaintiff,<br><br>    -against-<br><br>HARRY WINSTON, INC.,<br><br>                    Defendant. | Case No.: 1:18-cv-1378 (AJN) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant Harry Winston, Inc., a privately held non-governmental party, certifies that its shares are 100% held by HW Holdings, Inc., a privately held Delaware company, whose shares are 100% held by The Swatch Group Ltd., a publically held company listed on the Six Swiss Exchange, which has a financial interest in the outcome of this litigation.

Dated:  New York, New York
        June 21, 2018

                                BLANK ROME LLP

                                /s/ Samuel D. Levy
                                Samuel D. Levy
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, New York 10174-0208
                                212-885-5352
                                212-202-6187 (fax)
                                slevy@blankrome.com